# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| Julie Little<br><br>    Plaintiff,<br><br>v.<br><br>Focus Receivables Management, LLC<br><br>    Defendant. | Case No.  5:11-cv-680-XR<br><br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

Now come the parties, through counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby dismiss the present action with prejudice, each party to bear its own costs.


RESPECTFULLY SUBMITTED,


MACEY BANKRUPTCY LAW, P.C.

By: /s/ Nicholas J. Prola
Nicholas J. Prola
Pro Hac Vice
233 S. Wacker Drive, Suite 5150
Chicago, IL 60606
Telephone: 866.339.1156
Fax: 312-822-1064
Email: nprola@maceybankruptcylaw.com
*Attorneys for Plaintiff*

ROBBIE MALONE, PLLC

By: /s/ Robbie Malone w/consent on 3/1/12
Robbie Malone
State Bar No. 12876450
Northpark Central, Suite 1850
8750 North Central Expressway
Dallas, TX 75231
Telephone: 214-346-2625
Email: rmalone@rmalonelaw.com
*Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on March 1, 2012, I electronically filed the foregoing Stipulation through the court's CM/ECF system, which will perfect service upon the following:

Robbie Malone
ROBBIE MALONE, PLLC
rmalone@rmalonelaw.com

                /s/  Nicholas J. Prola_____